## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARTHREX, INC.<br><br>Defendant. | C.A. No. 23-753-CFC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Distribution Intelligence Systems, LLC and Defendant Arthrex, Inc. hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Case 1:23-cv-00753-CFC   Document 12   Filed 11/09/23   Page 2 of 2 PageID #: 56

Dated: November 9, 2023

| PHILLIPS MCLAUGHLIN & HALL, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/* *Megan C. Haney* | */s/ Kelly E. Farnan* |
| John C. Phillips, Jr. (#110) | Kelly E. Farnan (#4395) |
| Megan C. Haney (#5016) | One Rodney Square, Suite 600 |
| 1200 North Broom Street | 920 N. King Street |
| Wilmington, Delaware 19806 | Wilmington, Delaware 19801 |
| (302) 655-4200 | (302) 651-7705 |
| jcp@pmhdelaw.com | farnan@rlf.com |
| mch@pmhdelaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge